IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRA ALVARADO ROSALES, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____ ) | No. C 05-4673 MMC (PR)<br><br>**ORDER OF DISMISSAL**<br><br>**(Docket No. 4)** |

     Petitioner, a federal prisoner incarcerated at the Federal Correctional Institute, Dublin, California, and proceeding pro se, filed the above-titled action in the Southern District of Florida. It was transferred thereafter to this District, and, on November 15, 2005, the Clerk notified petitioner in writing that the action was deficient due to her failure to pay the filing fee or, alternatively, to submit a signed and completed court-approved in forma pauperis ("IFP") application. Along with said notice, the Court sent to petitioner copies of the Court's IFP application, a stamped return envelope, and instructions for completing the application, including a certificate of funds signed by an authorized prison official and a trust account statement showing transactions for the last six months. Petitioner was advised that failure to pay the filing fee or to file a completed IFP application, including the certificate of funds and trust account statement, within thirty days would result in dismissal of the action. Petitioner has submitted an IFP application, but has not submitted the requisite certificate of funds signed

1 | by an authorized prison official or trust account statement.

2 |     As more than thirty days have passed since the deficiency notice and petitioner has not
3 | completed the IFP application or paid the filing fee, the above-titled action is hereby
4 | DISMISSED without prejudice.

5 |     This order terminates Docket No. 4.

6 |     The Clerk shall close the file.

7 |     IT IS SO ORDERED.

8 | DATED: December 21, 2005

                                    _____
                                    MAXINE M. CHESNEY
                                    United States District Judge